# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jonathan Valdez, | Civil No. 13-416 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| vs. | |
| Central Credit Services, Inc., *a foreign corporation*, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 15), **IT IS ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE** in their entirety, on the merits, and each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 13, 2013

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
