AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Jonathan Valdez,
        Plaintiff,

V.

Central Credit Services, Inc.
a foreign corporation,

        Defendant,

**JUDGMENT IN A CIVIL CASE**

Case Number:  13CV416 RHK/JJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE** in their entirety, on the merits, and each party shall bear their own costs and attorneys' fees.

September 19, 2013                       RICHARD D. SLETTEN, CLERK
Date

                                        s/ *K. Krulas*
                                        (By)  K. Krulas, Deputy Clerk